1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division
4  DARYL T. EREMIN (TXBN 24012593)
   Special Assistant United States Attorney
5      450 Golden Gate Avenue
       San Francisco, California  94102
6      Telephone: (415) 522-6031
       Facsimile: (415) 436-7234
7      E-Mail: Daryl.Eremin@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
                                         )   Criminal No. CR 09-0049 PJH
13 UNITED STATES OF AMERICA,             )
                                         )
14     Plaintiff,                        )
                                         )   [~~PROPOSED~~] ORDER AND
15     v.                                )   STIPULATION EXCLUDING TIME
                                         )   FROM JANUARY 22, 2009, TO
16 ISRAEL ULLOA-MEMBRILA,                )   FEBRUARY 4, 2009
       a/k/a Israel Ulloa,               )
17                                       )
       Defendant.                        )
18                                       )
                                         )
19 _____

20     The parties appeared before the Honorable Elizabeth Laporte on January 22, 2009.

21 With the agreement of counsel for both parties, the Court found and held as follows:

22     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

23 3161, from January 22, 2009, to February 4, 2009, in light of the need for defendant's counsel to

24 review discovery.  Failure to grant the requested continuance would unreasonably deny defense

25 counsel reasonable time necessary for effective preparation, taking into account the exercise of

26 due diligence and the need for counsel to review the discovery with the defendant.

27     2. Given these circumstances, the Court found that the ends of justice served by

28
   [~~PROPOSED~~] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 09-0049 PJH

excluding the period from January 22, 2009, to February 4, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 22, 2009, to February 4, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 22, 2008

           /s/
LOREN G. STEWART
Counsel for Israel Ulloa-Membrila

DATED: January 22, 2008

           /s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2/10/2009



THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0049 PJH         2